No. 405. MORRIS REINSTEIN ET AL. *v.* UNITED STATES. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Elijah N. Zoline* for petitioners. *Mr. Solicitor General Beck* and *Mr. William C. Herron* for the United States.

. No. 411. AMERICAN CAN COMPANY *v.* FRANK FUNKHOUSER;

No. 412. AMERICAN CAN COMPANY *v.* M. T. McGOLDRICK;

No. 413. AMERICAN CAN COMPANY *v.* SAMUEL J. WILSON;

No. 414. AMERICAN CAN COMPANY *v.* R. B. RICE ET AL.;

No. 415. AMERICAN CAN COMPANY *v.* P. J. GARNETT;

No. 416. AMERICAN CAN COMPANY *v.* RALPH ROBINSON; and

No. 417. AMERICAN CAN COMPANY *v.* J. W. BURGAN. October 9, 1922. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Horace Kent Tenney, Mr. Andrew D. Collins, Mr. Allen L. Chickering* and *Mr. Warren Gregory* for petitioner. *Mr. William G. Graves* for respondent in No. 415.

No. 420. R. D. JAMES *v.* UNITED STATES. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. S. Baskett* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.